IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS AG, and NOVARTIS PHARMA AG<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS, INC. and ACTAVIS ELIZABETH LLC<br><br>Defendants. | C.A. No. 15-1219-RGA |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1.　This action arises out of the filing of Abbreviated New Drug Application ("ANDA") No. 208697 with the United States Food and Drug Administration by Actavis, Inc. and Actavis Elizabeth LLC (collectively, "Defendants"), with a certification under 35 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV Certification"), seeking approval to manufacture, market, and sell 90 mg, 180 mg, and 360 mg generic deferasirox tablets (collectively, the "Actavis Generic Deferasirox Tablets") before the expiration of U.S. Patent No. 6,465,504 (the "'504 Patent") on the basis that certain claims of the '504 Patent are allegedly invalid or will allegedly not be infringed by the manufacture, use, or sale of the Actavis Generic Deferasirox Tablets.

2.　On September 15, 2017, Defendants withdrew the Paragraph IV Certification with respect to the '504 Patent in ANDA No. 208697 and replaced it with a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(III) attesting that Defendants are not seeking approval to manufacture, market, or sell any Actavis Generic Deferasirox Tablets prior to the expiration of the '504 Patent.

3.　Defendants hereby affirm that neither of them will further amend ANDA No. 208697 to include a Paragraph IV Certification with respect to the '504 Patent unless and until

the '504 Patent is held invalid or unenforceable by a court decision from which no appeal has been or can be taken.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), the claims and counterclaims in this action are hereby dismissed without prejudice with each party to bear its own costs, expenses, and attorneys' fees. For the avoidance of doubt, this stipulation has no effect on the action captioned *Actavis Elizabeth LLC v. Novartis Pharmaceuticals Corp. et al.*, C.A. No. 16-604-RGA, pending in this Court.

*/s/ Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
Katharine Lester Mowery (#5629)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com

*Attorneys for Defendants*

Dated: September 15, 2017

SO ORDERED this __18__ day of __Sept__, 2017.

_____
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE